22cr314 JRT

RECEIVED
NOV 14 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AHMED M. OSMAN,

    Defendant.

INFORMATION

15 U.S.C. § 645(a)

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
**(False Statements to the Small Business Administration)**

On or about June 30, 2020, in the State and District of Minnesota, the defendant,

**Ahmed M. Osman,**

did knowingly make false statements to the Small Business Administration for the purpose of obtaining money and things of value, to wit, an Economic Injury Disaster Loan, in violation of Title 15, United States Code, Section 645(a).

Dated: 11/14/2022

ANDREW M. LUGER
United States Attorney

BY: ALEXANDER D. CHIQUOINE
Assistant U.S. Attorney
Attorney ID No. 0396420

SCANNED
NOV 14 2022
U.S. DISTRICT COURT MPLS